JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

H. TRANG DUNG,

        Petitioner,

    v.

D. MARIN, et al.,

        Respondents.

Case No. 5:26-cv-01667-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is PARTIALLY GRANTED. Claims One through Five of the Petition are granted.  Claims Six and Seven are denied.

DATED: June 1, 2026



_____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1